IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM GARDINER, | ) |
| Plaintiff, | ) |
| v. | ) 1:21CV971 |
| KAREN KOCHER, | ) |
| Defendant. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 8, 2022, was served on the parties in this action. (ECF Nos. 32, 33.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint and for Amendment of the Scheduling Order, if Necessary, (ECF No. 19), is **GRANTED** and Plaintiff is allowed to file his First Amended Complaint.

This, the 25th day of January 2023.

/s/ Loretta C. Biggs
United States District Judge